## In re Charge Against TASALI

No. 15-1912

High Court of American Samoa

Criminal Jurisdiction, Appellate Division

March 16, 1912

W. M. CROSE, Commandant U.S. Naval Station, *President of the High Court*

### DECISION

A new trial is granted in this case, it being believed that the evidence as to the age of the girl Pulea is not conclusive, particularly as the defendant now avers that the testimony of Alesio and Pulea was false, and that through ignorance and lack of experience he failed to produce witnesses or to cross-examine the witnesses of plaintiff.